# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                      Plaintiff,

v.                                            Case No.: 1:13–cv–02428
                                                Honorable Virginia M. Kendall

John Doe

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2013:

      MINUTE entry before Honorable Virginia M. Kendall:Initial status hearing held. MOTION by Defendant John Doe to quash *and*MOTION by Defendant John Doe for Leave to Proceed Anonymously [10] is denied. Fact Discovery ordered closed by 10/23/2013. Dispositive motions with supporting memoranda due by 11/20/2013. Responses due by 12/18/2013. Replies due by 1/3/2014. Ruling will be made by mail. Status hearing set for 10/24/2013 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.